IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHNNY HOWARD WILLIAMS,**

**Plaintiff,**

**v.**

**ROGER WALKER et al.,**

**Defendant.**                                                              **No. 03-CV-511-DRH**

### ORDER

**HERNDON, District Judge:**

Before the Court is Defendants' motion to strike the amended complaint (Doc. 27) filed by Plaintiff Johnny Howard Williams ("Plaintiff"). (Doc. 28.) On February 21, 2006, the Court adopted a Report and Recommendation issued by Magistrate Judge Clifford J. Proud (Doc. 26) and dismissed Plaintiff's action without prejudice. (Doc. 26.) One month later, on March 21, 2006, Plaintiff filed an amended complaint against all Defendants. (Doc. 27.) Defendants then moved to strike.

The relevant statute, **42 U.S.C. § 1997e(a)** states as follows: "No action shall be brought with respect to prison conditions under [**section 1983**], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Under this language, and as the Seventh Circuit has suggested, in order to effectively pursue his claim, Plaintiff will need to file a new action, not a new complaint in an already-

existing suit. *See* **Ford v. Johnson, 362 F.3d 395, 401 (7th Cir. 2004)**.

Accordingly, the Court **GRANTS** Defendant's motion (Doc. 28) and **STRIKES** Plaintiff's amended complaint (Doc. 27).

      **IT IS SO ORDERED.**

      Signed this 10th day of May, 2006.


              /s/     David   RHerndon
            **United States District Judge**